UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTINGENT INC., <br><br> Plaintiff, <br><br> v. <br><br> LISA GUSTAFSON FEIS, <br><br> Defendant. | CASE NO. C20-1551 MJP <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

The Court, having received and reviewed *pro se* Defendant Lisa Gustafson Feis's Motion for an Extension of Time to File an Answer, hereby GRANTS the Motion. Defendant shall have until **December 11, 2020** to respond to the Complaint.

The clerk is ordered to provide copies of this order to all counsel and Defendant.

Dated November 12, 2020.

Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 1