The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PROTINGENT, INC., a Washington corporation,

    Plaintiff,

v.

LISA GUSTAFSON-FEIS, an individual,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:20-CV-1551-MJP

STIPULATION AND ORDER TO EXTEND INITIAL SCHEDULING DATES AND TIME TO ANSWER

NOTE FOR HEARING:
Monday, January 4, 2021

Pursuant to this Court's Order dated December 7, 2020, the parties were required to attend a joint status conference.  On January 4, 2021, the parties met and conferred via telephone for the Joint Status Conference. In that conference, the parties discussed Defendant's pending motion wherein she requested an extension of the Initial Scheduling Dates at Dkt. 8 to at least January 29, 2021 to allow Defendant to effectuate service on two additional parties that she believes to be necessary to this matter.  Pursuant to LCR 7(d)(1), the parties hereby stipulate that there is good cause to extend the Initial Scheduling Dates as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 2/1/2021 |
| Initial Disclosures | 2/8/2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 2/16/2021 |

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1
2
3
4
5
6
7

Counsel for Plaintiff has attempted to contact the Courtroom Deputy regarding this motion, as instructed by the Court at Dkt. 8, however, Counsel for Plaintiffs was unable to contact the Courtroom Deputy and left a voicemail regarding the requested.  The parties further stipulate that there is good cause to extend the deadline for Plaintiff to file its Answer Defendant's counterclaims to January 25, 2021 due to the length and detail of Defendant's Counterclaim at Dkt. 9. Dated this 4th day of January 2021.

8
9
10
11
12
13
14

/s/ Joshua M. Howard
Medora Marisseau, WSBA # 23114
Joshua M. Howard, WSBA #52189
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
E-mail:  mmarisseau@karrtuttle.com
E-mail: jhoward@karrtuttle.com
*Attorneys for Plaintiff*

15
16
17
18

s/Lisa Gustafson-Feis
Lisa Gustafson Feis, pro se
21707 65th Ave CT E.
Spanaway, WA 98387
(206) 427-5569
Email: info@feis-consulting.com
*Defendant Pro Se*

19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER TO EXTEND INITIAL
DISCLOSURE DATES AND TIME TO ANSWER - 2
CASE NO. 2:20-CV-1551-MJP
#1361241 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

**PROPOSED ORDER**

2

    IT IS SO ORDERED this 5th day of January, 2021.

3

4

5

6
                              Marsha J. Pechman

7
                              United States District Judge

8

9
Presented by:

10
*/s/ Joshua M. Howard*
Medora Marisseau, WSBA # 23114

11
Joshua M. Howard, WSBA #52189
**KARR TUTTLE CAMPBELL**

12
701 Fifth Avenue, Suite 3300

13
Seattle, WA 98104
Telephone: (206) 223-1313

14
Facsimile: (206) 682-7100
E-mail:  mmarisseau@karrtuttle.com

15
E-mail: jhoward@karrtuttle.com
*Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER TO EXTEND INITIAL
DISCLOSURE DATES AND TIME TO ANSWER - 3
CASE NO. 2:20-CV-1551-MJP
#1361241 v1 / 43039-046

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused a true and correct copy of the preceding document to be filed with the Court. I caused the same to be served on the parties listed below in the manner indicated.

Lisa Gustafson-Feis
21707 65th Ave CT E.
Spanaway, WA 98387
Phone: (206) 427-5569
Email: info@feis-consulting.com
*Defendant Pro Se*

☐ Via U.S. Mail
☐ Via Hand Delivery
☒ Via Electronic Mail
☐ Via Overnight Mail
☐ CM/ECF via court's website
*(if opted-in)*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 4th day of January, 2021, at Seattle, Washington.

*s/Jan Likit*
Jan Likit
Litigation Legal Assistant

STIPULATION AND ORDER TO EXTEND INITIAL
DISCLOSURE DATES AND TIME TO ANSWER - 4
CASE NO. 2:20-CV-1551-MJP
#1361241 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100