The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROTINGENT, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> LISA GUSTAFSON-FEIS, an individual, <br><br> Defendant <br><hr> LISA GUSTAFSON-FEIS, an individual, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> PROTINGENT, INC., a Washington corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; RAWLINGS & ASSOCIATES PLLC, a Kentucky professional limited liability company <br><br> Counterclaim Defendants. | CASE NO. 2:20-CV-1551-MJP <br><br> STIPULATION AND ORDER TO EXTEND TIME TO ANSWER |

Pursuant to the concurrently filed Notice of Appearance, undersigned counsel has appeared on behalf of the Counterclaim defendants the Rawlings Company, and Aetna Life Insurance Company. In the interest of judicial economy and efficiency the Counterclaim Defendants will be submitting a joint Answer to Plaintiffs' counterclaims. In support of this goal, the parties further

STIPULATION AND ORDER TO EXTEND
TIME TO ANSWER - 1
CASE NO. 2:20-CV-1551-MJP
#1361241 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

stipulate that there is good cause to extend the deadline for filing Counterclaim Defendants' Answer to Plaintiff's counterclaims to January 29, 2020 to allow for one consolidated Answer to be filed on behalf of all Defendants.

Dated this 26th day of January 2021.

/s/ Joshua M. Howard
Medora Marisseau, WSBA # 23114
Joshua M. Howard, WSBA #52189
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
E-mail: mmarisseau@karrtuttle.com
E-mail: jhoward@karrtuttle.com
*Attorneys for Plaintiff*

Lisa Gustafson Feis, pro se
21707 65th Ave CT E.
Spanaway, WA 98387
(206) 427-5569
info@feis-consulting.com

//
//

IT IS SO ORDERED:

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER - 2
CASE NO. 2:20-CV-1551-MJP
#1361241 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100