UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTINGENT, INC., <br><br>　　　　　　　Plaintiff, <br><br> v. <br><br> LISA GUSTAFSON-FEIS, <br><br>　　　　　　　Defendant. | CASE NO. C20-1551 MJP <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME |

　　　This matter comes before the Court upon *pro se* Defendant Lisa Gustafson-Feis's Motion for an Extension of Time. (Dkt. No. 26.) Noting that Defendant has provided good cause to continue the deadlines in this matter and there was no objection filed, the Court GRANTS the Motion and extends the deadline for the joinder of parties and for amended pleadings to May 1, 2021.

//

//

//

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated February 16, 2021.

                                                    Marsha J. Pechman
                                                    United States Senior District Judge