UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROTINGENT, INC.,

    Plaintiff,

v.

LISA GUSTAFSON-FEIS,

    Defendant.

CASE NO. C20-1551 MJP

ORDER GRANTING MOTION TO EXTEND STAY

    This matter is before the Court on Defendant's motion to extend the stay currently in effect through September 1, 2021. (Dkt. No. 32.) Defendant informs the Court that the parties are engaged in settlement negotiations and asks for a two-month extension of the stay so that negotiations may continue. There is no opposition. Having considered the motion, and taking note that an attorney appeared on August 25 for Defendant, who was previously pro se, (see Dkt. No. 33), it appears there is good cause to extend the stay. The Court GRANTS the motion and EXTENDS the STAY in this case until November 1, 2021.

    The clerk is ordered to provide copies of this order to all counsel.

ORDER GRANTING MOTION TO EXTEND STAY - 1

Dated September 7, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO EXTEND STAY - 2