UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTINGENT INC, | CASE NO. C20-1551 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LISA GUSTAFSON-FEIS, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

This case was stayed for the Parties to discuss settlement, but the stay expired on November 1, 2021. (Dkt. No. 34.) The Parties are directed to submit a joint status report with a proposed schedule within 10 days. If they have reached settlement, they should inform Chambers immediately.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 23, 2021.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Serge Bodnarchuk</u>
Deputy Clerk

MINUTE ORDER - 2