UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTINGENT, INC., a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>LISA GUSTAFSON FEIS, an individual,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:20-cv-01551-TL<br><br>ORDER GRANTING MOTION FOR EXTENSION AND VACATING CASE SCHEDULE |

　　　　This matter comes before the Court on Defendant Lisa Gustafsen Feis' unopposed motion for extension of time (Dkt. No. 54). On July 6, 2022, the Court granted defense counsel's motion to withdraw and stayed the case. Dkt. No. 52. Since then, Defendant has been working to obtain replacement counsel. *See* Dkt. No. 54 at 1. Defendant has requested sixty additional days to search for an attorney due to medical reasons. *Id*. at 2. Given the lack of opposition and good cause for an extension, the Court hereby EXTENDS Defendant's deadline to identify a new attorney **to November 14, 2022**. The Court also VACATES the schedule previously set (Dkt. No.

40), with all deadlines from discovery completion to trial to be reset after November 14. Further, the Court STRIKES the pending motion for partial summary judgment (Dkt. No.42), which can be refiled if appropriate after the issue of legal counsel is resolved.

Dated this 13th day of September 2022.

Tana Lin
United States District Judge