The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROTINGENT, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>LISA GUSTAFSON-FEIS, an individual,<br><br>  Defendant<br><br>―――――――――――――――――――――<br>LISA GUSTAFSON-FEIS, an individual,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>PROTINGENT, INC., a Washington corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; RAWLINGS & ASSOCIATES PLLC, a Kentucky professional limited liability company<br><br>  Counterclaim Defendants. | CASE NO. 2:20-CV-1551-TL<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME RE: JOINT STATUS REPORT<br><br>NOTING DATE: January 27, 2023 |

This Court, having reviewed Plaintiff and Counter-Defendant Protingent, Inc., Counter-Defendant Aetna Life Insurance Company, and Counter-Defendant Rawlings & Associates PLLCs' Motion to Extend Time re: the parties Joint Status Report, and having found good cause:

[PROPOSED] ORDER GRANTING MOTION TO
EXTEND TIME RE: JOINT STATUS REPORT- 1
CASE NO. 2:20-CV-1551-TL
#5315293 v1 / 43039-046
#5315480 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

ORDERS that the deadline shall be extended as follows:

          Joint Status Report     **January 20, 2023**

IT IS SO ORDERED.

Dated this 19th day of January, 2023.

                                                    Tana Lin
                                                    United States District Judge

Presented by:

**KARR TUTTLE CAMPBELL**

*/s/ Medora A. Marisseau*
Medora A. Marisseau, WSBA #23114
Joshua M. Howard WSBA# 52189
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
Email: jhoward@karrtuttle.com
*Attorneys for Plaintiff and Counter-Defendants*

[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME RE: JOINT STATUS REPORT- 2
CASE NO. 2:20-CV-1551-TL
#5315293 v1 / 43039-046
#5315480 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Luci Brock*
Luci Brock

[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME RE: JOINT STATUS REPORT- 3
CASE NO. 2:20-CV-1551-TL
#5315293 v1 / 43039-046
#5315480 v1 / 43039-046

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100