UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTINGENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LISA GUSTAFSON-FEIS et al,<br><br>Defendant.<br><br>LISA GUSTAFSON-FEIS, an individual,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PROTINGENT, INC., a Washington corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; RAWLINGS & ASSOCIATES PLLC, a Kentucky professional limited liability company<br><br>Counterclaim Defendants. | CASE NO. C20-1551-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND RE-NOTING MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiff and Counter-Defendant Protingent, Inc.'s ("Protingent") motion to strike (Dkt. No. 75), contained in its Reply to its motion for summary

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND RE-NOTING MOTION FOR SUMMARY JUDGMENT - 1

judgment (Dkt. No. 69).  For the reasons stated below, the Court denies the motion to strike and provides Protingent an opportunity to submit a supplemental Reply.

Protingent filed a motion for Summary Judgment on October 26, 2023, and the motion was noted for Friday, November 17, 2023.  Dkt. No. 69.  Under Local Civil Rule 7(d), Defendant Lisa Gustafson-Feis's Response to the motion was due on or before Monday, November 13, 2023. Gustafson-Feis, proceeding *pro se*, filed a response at 6:50 p.m. PST on Thursday, November 16, 2023.  Dkt. No. 74.  The Response is 17 pages long and contains 112 paragraphs.  *Id.* at 17. Protingent filed a Reply on Friday, November 17, 2023, requesting that the Court strike the untimely Response and providing a short Reply.  Dkt. No. 75 at 1-3.

It is within the Court's discretion to consider an untimely response.  *Hahn v. Waddington*, 782 F. App'x 607, 609 (9th Cir. 2019); *N.H. Ins. Co. v. Blaze Const. Inc.*, No. 93-35096, 1994 WL 274032, at *3 (9th Cir. June 20, 1994) (citing *Cia. Petrolera Caribe, Inc. v. Arco Caribbean, Inc.*, 754 F.2d 404, 408–10 (1st Cir. 1985) (it is not an abuse of discretion to consider a late response if the other party replies and is not prejudiced)).  "The Supreme Court has instructed the federal courts to liberally construe the 'inartful pleading' of pro se litigants." *Eldridge v. Block*, 832 F.2d 1132, 1137 (9th Cir. 1987) (quoting *Boag v. MacDougall*, 454 U.S. 364, 365 (1982)).

Given Gustafson-Feis's status as a pro se litigant, and the fact that the motion before the Court is dispositive, the Court exercises its discretion to DENY Protingent's motion to strike Gustafson-Feis's untimely Response.  The Court admonishes the parties that future late filings are unlikely to be accepted.

////////

If Protingent wishes to file a supplemental reply, it may do so no later than Friday, December 1, 2023. The clerk is DIRECTED to re-note Protingent's motion (Dkt. No. 69) for December 1, 2023.

Dated this 21st day of November, 2023.

Kymberly K. Evanson
United States District Judge

- 3