UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTINGENT, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA GUSTAFSON-FEIS, an individual,<br><br>    Defendant. | CASE NO. 2:20-CV-1551-KKE<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |
| LISA GUSTAFSON-FEIS, an individual,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>PROTINGENT, INC., a Washington corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; RAWLINGS & ASSOCIATES PLLC, a Kentucky professional limited liability company,<br><br>    Counterclaim Defendants. | |

This matter comes before the Court on Defendant Lisa Gustafson-Feis's motion for reconsideration of the Court's order granting Plaintiff Protingent Inc.'s motion for attorney's fees. Dkt. No. 86. The Court notes that Defendant did not file any opposition to Plaintiff's motion, although Defendant now seeks reconsideration of the Court's order granting that motion in part. *See* Dkt. Nos. 81, 83, 84.

ORDER DENYING MOTION FOR RECONSIDERATION - 1

While the Court is sympathetic to the hardships detailed in Defendant's motion for reconsideration, Defendant has not shown that the Court's order contains manifest error or should be reconsidered in light of new authority or evidence that could not have been brought to the Court's attention earlier. *See* Local Rules W.D. Wash. LCR 7(h)(1) ("The court will ordinarily deny [motions for reconsideration] in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."). Further, Defendant's motion is untimely. *See* LCR 7(h)(2) (indicating that motions for reconsideration must be filed within 14 days "after the order to which it relates is filed"). For these reasons, Defendant's motion (Dkt. No. 86) is DENIED.

Defendant is reminded that this case was closed on March 26, 2024. Future filings in this closed case will not be considered.

Dated this 23rd day of April, 2024.

Kymberly K. Evanson
United States District Judge